BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RICK R. ALBA AND PATRICIA J. ALBA, HUSBAND AND WIFE AS JOINT TENANTS; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; RANDALL CARROLL; CARL ADAIR BROWN aka C. ADAIR BROWN; PROVIDENT MORTGAGE CORPORATION; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>    Defendants. | CASE NO.  2:11-cv-02315 WBS DAD<br><br>UNITED STATES OF AMERICA'S REQUEST FOR INTRA-DISTRICT TRANSFER; ORDER |

On August 31, 2011, the United States of America filed the above-captioned action by filing its Complaint for Condemnation and other related pleadings, and by depositing the sum of $185,000 with the Clerk of the Court.  Dockets 1-9.  The real property that is the subject of this condemnation action is located in Tulare County, California, which is within the Eastern District of California.

///

While electronically filing the complaint using CM-ECF, our office inadvertently indicated that this case should be venued in Sacramento, rather than Fresno. However, since the property is located in Tulare County, the proper venue within this district is Fresno.

Accordingly, pursuant to Local Rule 120(f), the United States of America respectfully requests an intra-district transfer of this case from Sacramento to Fresno.

Respectfully submitted,

DATED: September 1, 2011

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  September 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE