BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RICK R. ALBA AND PATRICIA J. ALBA, HUSBAND AND WIFE AS JOINT TENANTS; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; RANDALL CARROLL; CARL ADAIR BROWN aka C. ADAIR BROWN; PROVIDENT MORTGAGE CORPORATION; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>        Defendants. | CASE NO. 1:11-cv-01492 AWI MJS<br><br>STIPULATION OF DISMISSAL OF DEFENDANT PROVIDENT MORTGAGE CORPORATION, BASED UPON DISCLAIMER; ORDER THEREON |

      Defendant PROVIDENT MORTGAGE CORPORATION (hereinafter "PROVIDENT") and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

      First, PROVIDENT disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

---

1  Second, in light of this disclaimer of interest in the subject matter of this action, the parties request
2 that PROVIDENT be dismissed as Defendant in this action, and that any further service of documents
3 upon PROVIDENT following service of this Order, is not necessary, and that PROVIDENT may be
4 omitted from the caption of this case in all subsequent filings with the Court.
5  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  9/9/2011                        /s/ *Lynn Trinka Ernce*
                              By:    LYNN TRINKA ERNCE
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff, the United States of America


Date:  9/7/2011                        /s/ *Mary Salierno*
                              By:    PROVIDENT MORTAGAGE CORPORATION

**ORDER**

IT IS ORDERED that Defendant PROVIDENT MORTGAGE CORPORATION (hereinafter "PROVIDENT") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon PROVIDENT, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said PROVIDENT may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

IT IS SO ORDERED.

Dated:   September 9, 2011                         _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE