1 | BENJAMIN B. WAGNER
United States Attorney
2 | LYNN TRINKA ERNCE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2720
5 | Facsimile: (916) 554-2900



FILED

SEP 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-01492 AWI MJS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL OF DEFENDANT RANDALL CARROLL, BASED UPON DISCLAIMER; ORDER THEREON |
| 1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RICK R. ALBA AND PATRICIA J. ALBA, HUSBAND AND WIFE AS JOINT TENANTS; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; RANDALL CARROLL; CARL ADAIR BROWN aka C. ADAIR BROWN; PROVIDENT MORTGAGE CORPORATION; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

Defendant RANDALL CARROLL and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, RANDALL CARROLL disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

---

Stipulation of Dismissal of Randall Carroll                                                                                                       1

1   Second, in light of this disclaimer of interest in the subject matter of this action, the parties request
2   that RANDALL CARROLL be dismissed as Defendant in this action, and that any further service of
3   documents upon RANDALL CARROLL following service of this Order, is not necessary, and that
4   RANDALL CARROLL may be omitted from the caption of this case in all subsequent filings with the
5   Court.

6   **Finally, the other parties remain in the case and this dismissal does not close the case file.**

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Date: September 12, 2011         /s/ Lynn Trinka Ernce
                          By:    LYNN TRINKA ERNCE
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff, the United States of America




Date: September 8, 2011          /s/ Randall Carroll
                          By:    RANDALL CARROLL

---

Stipulation of Dismissal of Randall Carroll                                                    2

## ORDER

IT IS ORDERED that Defendant RANDALL CARROLL is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon RANDALL CARROLL, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said RANDALL CARROLL may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: 9-13-11

ANTHONY W. ISHII
CHIEF UNITED STATES DISTRICT JUDGE