1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2720
5  Facsimile: (916) 554-2900



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-01492 AWI MJS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL OF DEFENDANT RITA A. WOODARD, TULARE COUNTY TREASURER AND TAX COLLECTOR, BASED UPON DISCLAIMER; ORDER THEREON |
| 1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RICK R. ALBA AND PATRICIA J. ALBA, HUSBAND AND WIFE AS JOINT TENANTS; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; RANDALL CARROLL; CARL ADAIR BROWN aka C. ADAIR BROWN; PROVIDENT MORTGAGE CORPORATION; RITA A. WOODARD, TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

Defendant RITA A. WOODARD, TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter "COUNTY DEFENDANT") and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

---

Stipulation of Dismissal of Tulare County Treasurer/Tax Collector      1

1   First, COUNTY DEFENDANT disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that COUNTY DEFENDANT be dismissed as Defendant in this action, and that any further service of documents upon COUNTY DEFENDANT following service of this Order, is not necessary, and that COUNTY DEFENDANT may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

                                        BENJAMIN B. WAGNER
                                      United States Attorney

Date: September 12, 2011            /s/ Lynn Trinka Ernce
                                   By:  LYNN TRINKA ERNCE
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff, the United States of America

Date: September 8, 2011              /s/ Rita A. Woodard
                                   By:  RITA A. WOODARD
                                        COUNTY TREASURER/TAX COLLECTOR
                                        COUNTY OF TULARE
                                        STATE OF CALIFORNIA

## ORDER

IT IS ORDERED that Defendant RITA A. WOODARD, TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter "COUNTY DEFENDANT") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon COUNTY DEFENDANT, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said COUNTY DEFENDANT may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: 9-13-11

ANTHONY W. ISHII
CHIEF UNITED STATES DISTRICT JUDGE