1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile: (916) 554-2900



FILED

SEP 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01492 AWI MJS |
|---|---|
| Plaintiff, | ORDER AUTHORIZING DISBURSEMENT OF $185,000 AS JUST COMPENSATION TO RICK R. ALBA AND PATRICIA J. ALBA |
| v. | |
| 1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; et al, | |
| Defendants. | |

Following a stipulation, filed herein, by and between plaintiff United States of America and defendants Rick R. Alba and Patricia J. Alba (together, the "Albas"), the Court is fully informed and finds:

The subject property is situated in the County of Tulare, State of California, as more particularly described in the Complaint and Declaration of Taking filed herein.

On August 31, 2011, the United States filed a Complaint and a Declaration of Taking which describe the estate and interests in the subject property condemned by this action, and deposited into the Court registry $185,000 as estimated just compensation for the taking of such estate and interests.

The Albas have warranted and represented that they held fee title to the subject property as of the date of taking in this case, August 31, 2011.

///

1  The United States and the Albas have entered into a stipulation whereby the Albas have agreed to accept payment of $185,000 as just compensation for their interests in the subject property. The parties have requested that the Court order the Clerk to disburse the $185,000 as soon as possible so that the Albas may complete the purchase of their new home, which presently is in escrow that is set to close on October 19, 2011.

Based on the stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the stipulation is approved in its entirety;

IT IS FURTHER ORDERED that, as soon as possible, and no later than 5 days after the date of entry of this Order, the Clerk shall distribute $185,000 by check made payable to "Chicago Title Insurance Company" and mailed to:

> Danielle Graniello
> Escrow Officer
> Chicago Title Insurance Company
> 16969 Von Karman, Ste 150
> Irvine, CA 92606
> (949) 263-6972

This payment shall be full, adequate, and just compensation for the Albas' interests in the estates and interests condemned in this action and shall be in full satisfaction of any and all claims of whatsoever nature by the Albas. The Clerk is directed to enter satisfaction of judgment of record as to the Albas upon the payment of the $185,000.

The parties shall be responsible for their own legal fees, costs, and expenses.

DATED: 9-13-11

ANTHONY W. ISHII
Chief United States District Judge