IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CV-1492 AWI MJS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TOR ENTRY OF FINAL ORDER |
| v. | ) | AS TO JUST COMPENSATION |
| | ) | AND FOR ENTRY OF FINAL |
| 1.73 ACRES OF LAND, MORE OR LESS, | ) | JUDGMENT |
| SITUATE IN TULARE COUNTY, STATE | ) | |
| OF CALIFORNIA, et al., | ) | ORDER VACATING HEARING |
| | ) | DATE OF MARCH 26, 2012 |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff United States of America has filed a motion for entry of a final order as to just compensation and for entry of final judgment. Plaintiff noticed the motion for hearing on March 26, 2012. No Defendant filed an opposition to Plaintiff's motion. See Local Rule 230(c).

Plaintiff commenced this action on August 31, 2011, by filing the Declaration of Taking and Complaint and depositing into the court's registry $185,000 as estimated just compensation for the taking. Plaintiff presents evidence that the reason for the property taken and condemned is one authorized by law and the property and its taking are necessary and suited to that use. Plaintiff presents evidence that all interested parties have been served with process or have appeared in this action.

Based on the docket in this action and Plaintiff's evidence, the court finds that a full and just compensation for the taking of the property is $185,000, which sum is all inclusive.   The court finds that judgment should be entered against the United States of America in the amount

of $185,000.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of March 26, 2012 is VACATED, and no party shall appear at that time.
2. Plaintiff's motion for entry of a final order as to just compensation and for entry of final judgment is GRANTED.

IT IS SO ORDERED.

Dated:    March 21, 2012                                    _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE