1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CV-1492 AWI MJS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TOR ENTRY OF FINAL ORDER |
| v. | ) | AS TO JUST COMPENSATION |
| | ) | AND FOR ENTRY OF FINAL |
| 1.73 ACRES OF LAND, MORE OR LESS, | ) | JUDGMENT |
| SITUATE IN TULARE COUNTY, STATE | ) | |
| OF CALIFORNIA, et al., | ) | ORDER VACATING HEARING |
| | ) | DATE OF MARCH 26, 2012 |
| Defendants. | ) | |
| _____ | ) | |

16

17

18

19

20

21

22

23

24

25

26

27

28

        Plaintiff United States of America has filed a motion for entry of a final order as to just

compensation and for entry of final judgment.   Plaintiff noticed the motion for hearing on March

26, 2012.   No Defendant filed an opposition to Plaintiff's motion.   See Local Rule 230(c).

        Plaintiff commenced this action on August 31, 2011, by filing the Declaration of Taking

and Complaint and depositing into the court's registry $185,000 as estimated just compensation

for the taking.   Plaintiff presents evidence that the reason for the property taken and condemned

is one authorized by law and the property and its taking are necessary and suited to that use.

Plaintiff presents evidence that all interested parties have been served with process or have

appeared in this action.

        Based on the docket in this action and Plaintiff's evidence, the court finds that a full and

just compensation for the taking of the property is $185,000, which sum is all inclusive.   The

court finds that judgment should be entered against the United States of America in the amount

1  of $185,000.

2         Therefore, IT IS HEREBY ORDERED that:

3         1.      The previously set hearing date of March 26, 2012  is VACATED, and no party

4                 shall appear at that time.

5         2.      Plaintiff's motion for entry of a final order as to just compensation and for entry

6                 of final judgment is GRANTED.

7   IT IS SO ORDERED.

8
   Dated:    March 21, 2012                      _____
9                                                CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2