1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff

FILED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01492 AWI MJS |
|---|---|
| Plaintiff, | FINAL JUDGMENT IN EMINENT DOMAIN |
| v. | |
| 1.73 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; et al., | |
| Defendants. | |

Pursuant to the United States of America's Motion For Entry Of Final Order As To Just Compensation And For Entry Of Final Judgment, and good cause appearing therefore, the Court hereby finds that:

1. The "subject property" is 1.73 acres in Tulare County, California, more particularly described in Schedule "B" of the Declaration of Taking and Complaint filed on August 31, 2011.

2. On August 31, 2011, the United States commenced this action by filing the Declaration of Taking and Complaint and depositing into the Court registry $185,000 as estimated just compensation for the taking of the estates in the subject property.

3. Upon the filing of the Declaration of Taking and the deposit of the $185,000 estimated just compensation, the United States acquired title to the estates in the subject property by operation of law pursuant to 40 U.S.C. § 3114.

Final Judgment in Eminent Domain                                1

4. The use for which the subject property is taken and condemned is one authorized by law, and the subject property and its taking are necessary and suited to that use.

5. All parties interested directly or indirectly in the subject property have been served with process, or have appeared in this action.

6. The property, and all claimants and parties interested therein, are within the jurisdiction of this Court, which has the power and authority to enter this final judgment.

**NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED**, that:

A. The full and just compensation payable by the United States for the taking of the estates in the subject property is $185,000, which sum is all inclusive.

B. Judgment shall be, and is hereby, entered against the United States of America in the amount of $185,000.

C. Just compensation has been properly paid and distributed to the parties entitled to receive just compensation herein.

D. The clerk is directed to enter satisfaction of final judgment as to defendants Rick R. Alba and Patricia J. Alba.

**IT IS SO ORDERED.**

DATED: 3-23-12

ANTHONY W. ISHII
Chief United States District Judge

Final Judgment in Eminent Domain                         2